ROBERT FERGUSON
Attorney General of Washington
KELLY T. WOOD, WSBA #40067 (pro hac vice pending)
Assistant Attorney General
  800 Fifth Avenue, Suite 2000
  Seattle, WA 98104
  Telephone: (206) 326-5494
  Fax: (206) 587-5088

KENDALL BRILL & KELLY LLP
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

*Attorneys for the State of Washington*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| OCEANA, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>WILBUR ROSS, in his official capacity as Secretary of the U.S. Department of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE,<br><br>                    Defendants. | NO. 2:17-cv-05146 RGK-JEMx<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

1      State of Washington's Motion for Leave to File *Amicus Curiae* Brief came before this Court on September 18, 2018. After considering the moving and opposing papers, arguments, and all other matters presented to the Court,

    IT IS HEREBY ORDERED AND ADJUDGED that Washington's Motion is GRANTED.

    DATED: _____, 2018.

                                      HONORABLE R. GARY KLAUSNER  
                                      United States District Judge  
                                      United States District Court  
                                      Central District of California

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**