| | |
|---|---|
| 1 | ROBERT FERGUSON |
| | Attorney General of Washington |
| 2 | KELLY T. WOOD, WSBA #40067 (pro hac vice pending) |
| | Assistant Attorney General |
| 3 | 800 Fifth Avenue, Suite 2000 |
| | Seattle, WA 98104 |
| 4 | Telephone: (206) 326-5494     NOTE: CHANGES MADE BY THE COURT |
| | Fax: (206) 587-5088 |
| 5 | |
| 6 | KENDALL BRILL & KELLY LLP |
| | Laura W. Brill (195889) |
| 7 | lbrill@kbkfirm.com |
| | Kendall Brill & Kelly LLP |
| 8 | 10100 Santa Monica Blvd., Suite 1725 |
| | Los Angeles, CA 90067 |
| 9 | Telephone: 310.556.2700 |
| | Facsimile: 310.556.2705 |
| 10 | *Attorneys for the State of Washington* |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| OCEANA, INC., | NO. 2:17-cv-05146 RGK-JEMx |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |
| WILBUR ROSS, in his official capacity as Secretary of the U.S. Department of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF**

1  State of Washington's Motion for Leave to File *Amicus Curiae* Brief came before this Court on September 18, 2018. After considering the moving and opposing papers, arguments, and all other matters presented to the Court,

IT IS HEREBY ORDERED AND ADJUDGED that Washington's Motion is GRANTED.  **Counsel shall electronically file the Amicus Curiae Brief by 12:00 noon on September 18, 2018.**

DATED: September 17, 2018            *[signature: Gary Klausner]*

_____
HONORABLE R. GARY KLAUSNER
United States District Judge
United States District Court
Central District of California